UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANISLAV SMOLÍČEK,
*Individually and on behalf of all others similarly situated*,

          Plaintiff,

– against –

PLUG POWER INC., ANDREW MARSH, *and* PAUL B. MIDDLETON,

          Defendants.

**ORDER**

21-cv-4832 (ER)

RAMOS, D.J.:

    On July 22, 2021, the Court issued an Order appointing lead plaintiff and lead counsel and consolidating three other cases. There has been no subsequent activity in the case. The two related matters, *Tank v. Plug Power Inc. et al*, 21-cv-03985-ER and *In re Plug Power, Inc. Securities Litigation*, 21-cv-02004-ER, were closed on July 29, 2021 and August 30, 2023, respectively. Accordingly, the Clerk of the Court is directed to close this case.

It is SO ORDERED.

Dated:   October 7, 2025
          New York, New York

                                      EDGARDO RAMOS, U.S.D.J.